IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No.: 4:19-CR-00002-CDL-MSH-1 |
| REGINALD GLENN | |

## ORDER

Defendant Reginald Glenn has moved the Court to continue the March 19, 2019, pretrial conference to the next trial term. (Doc. 18). Defendant was indicted on January 9, 2019, and had his arraignment in this Court on February 13, 2019. (Docs. 1; 10). No prior continuances have been granted. The Defendant now moves the Court to continue this case to the next trial term to allow additional time to complete defense investigations and once defense investigation are completed, to discuss the next steps in this case. The Defendant also needs additional time to obtain juvenile records. (Doc. 18 at 2). The government does not oppose the continuance.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interest of the public and the Defendant to a speedy trial. Accordingly, Defendant's Unopposed Motion for Continuance (Doc. 18) is **GRANTED**. This case is continued until the Court's next trial term in **September 2019** and the parties are excused from attending the pretrial conference on March 19, 2019. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§3161, *et seq*.

**SO ORDERED**, this **15th** day of **March, 2019.**

s/Clay D. Land
CLAY D. LAND, CHIEF JUDGE
UNITED STATES DISTRICT COURT